**INDEX OF EXHIBITS**

1. Board Rules

2. Pre-Termination Hearing Decision

3. Opinion of the Hearing Board