## DISCIPLINE HEARING
## IN THE MATTER OF JOHN K. WARNER

John K. Warner, Director of the Muskegon County Department of Public Works, was placed on a paid suspension with recommendation of discharge by County Administrator Mark Eisenbarth on May 25, 2016, pursuant to the Muskegon County Board Rules. On June 24, 2016, a pre-termination hearing before the Chairperson of the County Board of Commissioners, Terry J. Sabo, was scheduled. It was adjourned to June 29, 2016, as Mr. Warner's counsel requested an opportunity to review documents provided by Muskegon County in response to his FOIA request.

A pre-termination hearing was then scheduled and held on June 29, 2016, and Mr. Warner had the opportunity to present reasons why discharge is inappropriate. Attorney Kevin Even summarized the reasons as follows: I was able to open up all of the e-mails and review the information you provided. I don't believe you have the grounds to support the discipline. There is nothing in anything that I read to show incompetence. I believe the termination is premature and is without basis. There was no prior discipline. If you continue with the termination we will request a public hearing and examine the witnesses under oath. After listening to the audio I find that there is nothing unprofessional about Mr. Warner's conduct.

After having conducted the pre-termination hearing in this matter, pursuant to the Muskegon County Board Rules, I, Terry J. Sabo, Muskegon County Board Chair, hereby:

    X  Affirm the discharge.

    ___ Impose a lesser discipline: _____.

    ___ Take no action and refer the matter to the Full Board.

This decision is final.

Dated: June 29, 2016

                                                  _____
                                                Terry J. Sabo, Chair
                                                Muskegon County Board of Commissioners