UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:16-cv-1307 | 2/2/17 | 10:00 AM - 10:30 AM | Grand Rapids | Janet T. Neff |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| John K. Warner | County of Muskegon, et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Kevin B. Even | Plaintiff |
| Laura Kathleen Bailey Brown | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Pre-motion Conference held concerning Dkt 5; Order to issue.

Court Reporter: Kathy Anderson
Clerk: Rita Buitendorp