UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN K. WARNER,

    Plaintiff,

v.

COUNTY OF MUSKEGON, et al.,

    Defendants.

_____/

Case No. 1:16-cv-1307

HON. JANET T. NEFF

## ORDER

The Court having conducted a Pre-Motion Conference with counsel on February 2, 2017 concerning Defendants' proposed motion to dismiss (Dkt 5):

IT IS HEREBY ORDERED that the parties shall file a Joint Notice not later than March 20, 2017 indicating:

(1) that the parties have deposed Plaintiff and Mark Eisenbarth and are ready to proceed with Voluntary Facilitative Mediation (VFM); or

(2) that the parties request more time to conduct additional discovery, including the character of the discovery and an estimated time for completion.

IT IS FURTHER ORDERED that Defendants' Request for Pre-Motion Conference (Dkt 5) is DENIED without prejudice for the reasons stated on the record.

Dated: February 2, 2017

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge