UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN K. WARNER,

      Plaintiff,

                                     Case No. 1:16-cv-1307

v.

                                     HON. JANET T. NEFF

COUNTY OF MUSKEGON, et al.,

      Defendants.

_____/


## ORDER

This matter is before the Court on the parties' Joint Notice of Consent to Voluntary Facilitative Mediation and Selection of Mediator (Dkt 14).  According to the Joint Notice, the parties are ready to proceed to facilitation, and have selected Jon R. Muth as the Mediator.  The Court having reviewed the parties' submission:

**IT IS HEREBY ORDERED** that this matter shall be submitted to facilitative mediation. Plaintiff is responsible for notifying the ADR Administrator[1] of the name of the selected mediator.  Once the ADR Administrator has been notified, a Notice will issue regarding the method and schedule for the mediation conference.

**IT IS FURTHER ORDERED** that the parties shall participate in facilitative mediation and file a joint notice, **not later than June 9, 2017**, indicating that the parties:

(1)     have reached a resolution of this case and dismissal papers are forthcoming, including a proposed deadline to file the dismissal papers;

---

[1]  ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov

-2-

(2)      are continuing to negotiate a resolution and request more time to do so, including an estimated time for completion, a detailed explanation of the efforts made thus far and what remains to be done to complete the process; or

(3)      were unable to reach a resolution of this case and a detailed explanation of the proposed proceedings necessary to help move this case toward completion.

Dated: March 20, 2017                     /s/ Janet T. Neff
                                         JANET T. NEFF
                                         United States District Judge