## REPORT FOLLOWING
## VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:16-01307-cv | WARNER v COUNTY OF MUSKEGON | 5/10/17 |

**PARTIES**  Attendees

| Name | On Behalf Of |
|---|---|
| JOHN WARNER | PLAINTIFF |
| | |
| TIM BALENGER | MMRCA |
| MARK EISENBARTH | COUNTY |
| DOUG HUGHES | COUNTY |
| KRISTIN WADE | COUNTY |
| | |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| KEVIN EVEN | PLAINTIFF |
| CHARISSA HUANG | |
| | |
| LAURA AMTSBUECHLER | DEFENDANTS |
| CHRISOPHER JOHNSON | |
| | |
| | |

Result:
[X] Case settled in full - Final paperwork will be filed by: 6/9/17
[ ] Mediation continuing - Date of Next Session
[ ] Not settled - Mediation Completed

Dated: 5/10/17

/s/ _[signature]_
Mediator

Rev'd 8/2005