UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN K. WARNER,

       Plaintiff,

v                                      CASE NO. 1:16-01307-CV
                                      HON. JANET T. NEFF

COUNTY OF MUSKEGON AND
MARK EISENBARTH, BENJAMIN E. CROSS,
SUSIE HUGHES, ROBERT SCOLNIK,
MARVIN R. ENGLE, CHARLES NASH,
JEFF LOHMAN, TERRY J. SABO, AND
KENNETH MAHONEY, all in their
individual capacities, and the
MUSKEGON COUNTY BOARD OF
COMMISSIONERS,

       Defendants.
_____

| SMITH HAUGHEY RICE & ROEGGE | JOHNSON, ROSATI, |
|---|---|
| By: Kevin B. Even (P38599) | SCHULTZ & JOPPICH, P.C. |
| Attorneys for Plaintiff | By: Laura S. Amtsbuechler (P36972) |
| 900 Third St., Ste. 204 |      Christopher J. Johnson (P32937) |
| Muskegon, MI 49440 |      Laura Bailey Brown (P79742) |
| (231) 724-4320 | Attorneys for Defendants |
| keven@shrr.com | 27555 Executive Drive, Suite 250 |
| | Farmington Hills, MI  48331 |
| | (248) 489-4100/Fax: (248) 489-1726 |
| | lamtsbuechler@jrsjlaw.com |
| | lbrown@jrsjlaw.com |

_____

**ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

2

This matter having come before the court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed, in its entirety, with prejudice and without costs as to any party.  This is a final Order of the Court which resolves the last pending claim and closes the file.

_____
U.S. DISTRICT COURT JUDGE

Stipulated and Agreed to by:

| | |
|---|---|
| s/ Laura Amtsbuechler (P36972) | s/Kevin B. Even (P38599) (with consent) |
| Attorney for Defendants | Attorney for Plaintiff |
| 27555 Executive Drive, Ste. 250 | 900 Third St., Ste. 204 |
| Farmington Hills, MI 48331-3550 | Muskegon, MI 49440 |
| (248) 489-4100 | (231) 724-4320 |
| lamtsbuechler@jrsjlaw.com | keven@shrr.com |